✎AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE  District of ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| | |
| ANTHONY DEWAYNE MILES | Case No.     3:09cr87-01-MHT          (WO) |
| | USM No.    12751-002 |

Stephen P. Ganter
_____
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)     One through Three of the     filed 4/23/2015 of the term of supervision.
                                                     amended petition

     was found in violation of condition(s) count(s)   _____

The defendant is adjudicated guilty of these violations:

          *****Violation #4 dismissed by the court.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to report to the probation officer and submit a truthful | 4/6/2015 |
| | and complete written report within the first five days of each month. | |
| 2 | The defendant failed to follow the instructions of the probation officer. | 4/2/2015 |
| 3 | The defendant failed to notify the probation officer at least ten days prior to any | 4/3/2015 |
| | change in residence. | |

     The defendant is sentenced as provided in pages 1 through     2     of this judgment.  The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)     _____   and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any
change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If
ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:     0897          June 25, 2015
                                                               _____
                                                               Date of Imposition of Judgment

Defendant's Year of Birth:     1979

                                                               _____
                                                               Signature of Judge

City and State of Defendant's Residence:
                Phenix City, AL                                Myron H. Thompson, U.S. District Judge
                                                               _____
                                                               Name and Title of Judge

                                                                   July 2, 2015
                                                               _____
                                                               Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:       ANTHONY DEWAYNE MILES
CASE NUMBER:     3:09cr87-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

18 Months. The term of supervised release imposed on November 23, 2009 is hereby Revoked.

☐  The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL